IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Criminal No. 3:96-CR-203-D |
| VS. | § | |
| | § | |
| LONNIE OLIVER, JR., | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, defendant's April 4, 2008 motion pursuant to Rule 60(b) is denied, and his April 23, 2008 motion for extension of time to file a supplement motion is denied as moot.

**SO ORDERED**.

June 5, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE